IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:16CR361-1 |
| RUSSELL THOMAS LANGFORD | : | |

The United States Attorney charges:

On or about June 9, 2016, in the County of Hoke, in the Middle District of North Carolina, RUSSELL THOMAS LANGFORD, in and affecting interstate commerce, did intentionally obstruct, and attempt to obstruct, by threat of force, members of the Masjid Al Madina Mosque in the enjoyment of the members' free exercise of their religious beliefs. To wit: RUSSELL THOMAS LANGFORD threatened to kill a mosque member, whose initials are M.K., and others at the mosque. RUSSELL THOMAS LANGFORD's conduct included the use, attempted use, and threatened use of a dangerous weapon.

All in violation of Title 18, United States Code, Section 247(a)(2) and (d)(3).

_____
GRAHAM T. GREEN
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY